*State of New York v. International Joint Commission*

<u>Index of State Court Filings</u>

Summons, dated November 15, 2019…………………………………….Exhibit A

Complaint, dated November 15, 2019…………………………………….Exhibit B

Request for Index Number without fee, dated November 15, 2019…………Exhibit C

Notice of Electronic Filing, dated December 13, 2019………………………Exhibit D

Stipulation of Service, dated January 8, 2020………………………………..Exhibit E

Notice of Filing of Notice of Removal, dated February 10, 2020…………….Exhibit F