# EXHIBIT A

MONROE COUNTY CLERK'S OFFICE         THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 2269826

Book    Page    CIVIL

Return To:                            No. Pages: 22
MATTHEW J. SINKMAN

Instrument: EFILING INDEX NUMBER

Control #:       201911151131
Index #:         E2019010865

Date: 11/15/2019

State of New York                     Time: 3:36:50 PM

International Joint Commission

Total Fees Paid:                 $0.00

Employee: RR

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

ADAM J BELLO

MONROE COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE
-------------------------------------------------------- X
STATE OF NEW YORK,                           :
                                             :  **Index No.**
        Plaintiff,  :
                                             :  **SUMMONS**
    - against -              :
                                             :
INTERNATIONAL JOINT COMMISSION,              :
                                             :
        Defendant. :
-------------------------------------------------------- X

TO:   INTERNATIONAL JOINT COMMISSION

**YOU ARE HEREBY SUMMONED** to answer the attached complaint in this action and to serve a copy of your answer on the plaintiff's attorney within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after service is complete if this summons is not personally delivered to you within the State of New York). In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Pursuant to CPLR 503, the venue for this action is Monroe County, because a substantial part of the events giving rise to plaintiff's claims occurred there.

Dated: Rochester, New York
      November 15, 2019

                                                  LETITIA JAMES
                                                  Attorney General
                                                  State of New York
                                                  Attorney for Plaintiffs

                                      By:  /s/ Ted O'Brien
                                                  Assistant Attorney General, of Counsel
                                                  144 Exchange Boulevard, Suite 200
                                                  Rochester, New York 14614
                                                  Telephone: (585) 546-7430
                                                  Email: Ted.O'Brien@ag.ny.gov

1

    /s/ Matthew J. Sinkman
Assistant Attorney General
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005
Telephone: (212) 416-8446
Email: Matthew.Sinkman@ag.ny.gov

2