# EXHIBIT C

MONROE COUNTY CLERK'S OFFICE

THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 2269837

Book     Page     CIVIL

Return To:
MATTHEW J. SINKMAN

No. Pages: 2

Instrument: MISCELLANEOUS DOCUMENT

Control #:     201911151143
Index #:       E2019010865

Date: 11/15/2019

State of New York

Time: 3:43:22 PM

International Joint Commission

Total Fees Paid:                      $0.00

Employee:

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

ADAM J BELLO

MONROE COUNTY CLERK



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

November 15, 2019

**VIA ECF**
Clerk
Monroe County Supreme Court
99 Exchange Blvd.
Rochester, New York 14614

      Re:    *State of New York v. International Joint Commission*

Dear Clerk:

    Pursuant to CPLR 8017, please provide an index number, without requiring a fee, for use by the Attorney General's Office in the above-captioned case.

    Thank you for your time and attention to this matter.

                      Respectfully submitted,

                      /s/ Matthew J. Sinkman

                      Assistant Attorney General