# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE
-------------------------------------------------------- X
STATE OF NEW YORK,                                       :
                                                         :  **Index No. E2019010865**
                    Plaintiff,                           :
                                                         :  **STIPULATION**
            - against -                                  :
                                                         :
INTERNATIONAL JOINT COMMISSION,                          :
                                                         :
                    Defendant.                           :
-------------------------------------------------------- X

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel to the respective parties to the within action, that:

1. Counsel for defendant the International Joint Commission (IJC) is authorized to accept service of the Summons, Complaint, and Notice of Electronic Filing in this case and accepts service of those documents.

2. The IJC specifically preserves and does not waive any defenses, including but not limited to defenses based on personal jurisdiction, except with respect to service of the Summons, Complaint, and Notice of Electronic Filing.

3. This stipulation may be executed in counterparts, and electronic transmissions of the same shall be deemed originals for all purposes.

| | |
|---|---|
| LETITIA JAMES<br>Attorney General, State of New York<br>Attorney for Plaintiff | Beveridge & Diamond PC<br>Attorneys for Defendant |
| By: /s/ Matthew J. Sinkman<br>    Matthew J. Sinkman<br>    Assistant Attorney General<br>    Environmental Protection Bureau<br>    28 Liberty Street<br>    New York, New York 10005<br>    (212) 416-8446<br>    Matthew.Sinkman@ag.ny.gov | By: /s/ John C. Cruden<br>    John C. Cruden<br>    Nessa Horewitch Coppinger<br>    *Pro Hac Vice Applications Forthcoming*<br>    Daniel Eisenberg (739045)<br>    1350 I Street NW, Suite 700<br>    Washington, D.C. 20005<br>    (202) 789-6018<br>    (202) 789-6053<br>    jcruden@bdlaw.com<br>    ncoppinger@bdlaw.com<br>    deisenberg@bdlaw.com |
| Dated: New York, New York<br>       January 8, 2020 | Dated: Washington, D.C.<br>       January 8, 2020 |