# EXHIBIT F

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

| | |
|---|---|
| STATE OF NEW YORK, <br>                   Plaintiff, <br><br> v. <br><br> INTERNATIONAL JOINT COMMISSION, <br>                   Defendant. | Index No. E2019010865 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant International Joint Commission ("Defendant"), by undersigned counsel, hereby advises that a Notice of Removal has been filed by the Defendant to remove the above-captioned action from the Supreme Court of the State of New York, County of Monroe, where it was assigned Index Number E2019010865, to the United States District Court for the Western District of New York.

This removal was accomplished pursuant to the authority of 28 U.S.C. § 1331, the Treaty between the United States and Great Britain relating to boundary waters between United States and Canada, May 13, 1910, 36 Stat. 2448 ("Boundary Waters Treaty" or "Treaty"), the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605, and the International Organizations Immunities Act, 22 U.S.C. § 288, *et seq*. A true and correct copy of Defendant's Notice of Removal filed with the United States District Court for the Western District of New York is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in United States District Court, together with the filing of a copy of the Notice of Removal with this Court, effects the removal of this action, and this Court shall proceed no further unless and until this case is remanded.

Dated: February 10, 2020					Respectfully submitted,

							 /s/ Daniel A. Eisenberg
							Daniel A. Eisenberg (Bar No. 701479)
							BEVERIDGE & DIAMOND, P.C.
							1350 I Street, N.W. Suite 700
							Washington, DC 20005
							(202) 789-6000

							*Counsel for Defendant*