UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>                    Plaintiff,<br><br>           v.<br><br>INTERNATIONAL JOINT COMMISSION,<br><br>                    Defendant. | Civil Action No. 6:20-cv-06091-EAW<br><br>**AFFIDAVIT OF NESSA HOREWITCH COPPINGER** |

I, NESSA HOREWITCH COPPINGER, make this affidavit in support of the Joint Motion to Extend Deadlines of Plaintiff State of New York ("Plaintiff" or "the State") and Defendant International Joint Commission ("Defendant" or "IJC") (collectively "the Parties").

1. I am a member of the law firm of Beveridge & Diamond, P.C., attorneys of record for IJC in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein.

2. Defendant IJC removed this case to federal Court on February 10, 2020.

3. I participated in telephonic and email discussions with counsel for the State regarding a proposed schedule for the State to file its motion to remand the above-captioned matter and surrounding briefings, and Defendant's response to Plaintiff's Complaint, depending on the Court's ruling on Plaintiff's Motion.

4. As a result of those discussions, the Parties agreed to file this Joint Motion seeking the Entry of the Parties' Proposed Scheduling Order setting deadlines for the above filings.

5. Counsel for the State authorized filing this Joint Motion.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of March 2020.

By: _____
Nessa Horewitch Coppinger